Gregory YOUNG, Plaintiff/Respondent,

v.

Mike C. ROTHWEILER,
Defendant/Appellant,

and

Private Funding Solutions, Inc., Osage Property Trust of LRRP Holdings, LLC, Robert Sutton, Ramona Sutton, and Bob Sutton Real Estate and Loans, LLC,[1] Defendants.

No. ED 97313.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 11, 2012.

Katharyn B. Davis, St. Louis, MO, for Appellant.

Michael F. Merritt, Wyne & Merritt, P.C., Creve Coeur, MO, for Respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Mike C. Rothweiler (Rothweiler) appeals from the trial court's judgment in favor of Gregory Young (Young) on Young's petition to quiet title to real property and on Rothweiler's counterclaim. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).